AO 240 (Rev. 10/03)

Leave to file without
Prepayment of Cost GRANTED

# UNITED STATES DISTRICT COURT

District of  COLUMNBIA

S.S., a minor, by his next friend + mother,
Tamika Shank + Tamika Shank
          Plaintiffs

V.

Howard Road Academy + LaTonya Henderson
(in her official capacity as CAO of Howard
Road Academy).
          Defendants

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

Date: 2/5/08

FILED
FEB - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 08 0214

I, **Tamika Shank**, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

      see Attached Exhibit

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☑ Yes    ☐ No
   e. Gifts or inheritances                             ☐ Yes    ☑ No
   f. Any other sources                                 ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   See Attached Exhibit

RECEIVED
JAN 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   See attached Exhibit

I declare under penalty of perjury that the above information is true and correct.

_1-22-08_          _Jamilka Shank_
Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

S.S., a minor by his mother and next friend )
**TAMIKA SHANK** )
3310-4th Street, S.E. )
Washington, DC 20032 )
202-561-1050 )
)
)
and )
)
)
**TAMIKA SHANK** )
3310-4th Street, S.E. )
Washington, DC 20032 )
202-561-1050 )
)
)
       Plaintiffs, )
)
    v. )    Civil Action Number _____
)    Judge _____
**HOWARD ROAD ACADEMY** )
Public Charter School )
701 Howard Road, S.E. )
Washington, DC 20020 )
)
and )
)
**LATONYA HENDERSON** )
(in her official capacity as) )
Chief Administrative Officer )
Howard Road Academy )
Public Charter School )
701 Howard Road, S.E. )
Washington, DC 20020 )
)
       Defendants. )
_____)

### EXHIBIT IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

A.   In response to question 2, I have just begun my employment as a janitor at the Air and Space Museum in Washington, DC. The address is Independence Ave at 4th Street, SW

1

**08 0214**

**FILED**

FEB - 6 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Washington, DC 20560.

I have yet to receive my first paycheck, but will be paid $7.50 an hour and will work 8 hours a day, 5 days a week. Therefore, my pre-tax salary will be $300.00 a week.

B. In response to question 3, in the past 12 months I have received $571.00 a month in disability payments for my son S.S. I will continue to receive this money. In the past 12 months I have also received $300.00 a month in welfare. I stopped receiving this money last month and will no longer receive these funds.

C. In response to question 4, I do not currently have a bank account. I will be setting one up shortly in order to receive my paychecks as these will be processed through direct deposit.

D. In response to question 6, my two sons S.S. and J.D. are dependent on me. I contribute 100% of my money to their support.

2