UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

S.S., a Minor by his Mother and Next Friend,
TAMIKA SHANK

And

TAMIKA SHANK

    Plaintiffs,

v.                                           Case No. 08-214- ESH

HOWARD ROAD ACADEMY

And

LATONYA HENDERSON (officially
As Chief Administrative Officer
Howard Road Academy)

    Defendants.
_____/

## DEFENDANTS' MOTION TO DISMISS

COMES NOW Defendants, Howard Road Academy and Latonya Henderson (Officially as Chief Administrative Officer of Howard Road Academy), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), and hereby moves this Court for dismissal of Plaintiffs' Amended Complaint.

In further support of Defendants' Motion to Dismiss, Defendants rely upon their Memorandum of Points and Authorities filed contemporaneously herewith.

Respectfully Submitted,

**HOWARD ROAD ACADEMY**
and
**LATONYA HENDERSON**
By Counsel


/s/
_____
Stephen A. Horvath, Esquire
Virginia State Bar No. 19133
*Counsel for Defendants Howard Road Academy*
*And Latonya Henderson*
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia  22030
Telephone:    (703) 385-1000
Facsimile:     (703) 385-1555
shorvath@vadctriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2008, I will electronically file the foregoing Motion to Dismiss with the Clerk of Court electronically, which will then send a notification of such filing to the following:

Donna L. Wulkan, Esquire
D.C. Bar No. 370961
*Counsel for Plaintiffs*
1765 N Street, N.W.
Carriage House
Washington, D.C. 20036

/s/_____
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
*Counsel for Defendants Howard Road Academy and Latonya Henderson*
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:    (703) 385-1555
shorvath@vadctriallaw.com