UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

S.S., a Minor by his Mother and Next Friend,
TAMIKA SHANK

And

TAMIKA SHANK

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 08-214- ESH

HOWARD ROAD ACADEMY

And

LATONYA HENDERSON (officially
As Chief Administrative Officer
Howard Road Academy)

    Defendants.
_____/

## ORDER

Upon consideration of Defendants Howard Road Academy and Latonya Henderson's Motion to Dismiss, the Memorandum of Points and Authorities in Support Thereof, the parties' opposition and reply memoranda, and the entire record herein, and it appearing that the relief sought should be granted, it is hereby:

ORDERED that Defendants Howard Road Academy and Latonya Henderson's Motion to Dismiss is hereby GRANTED, and the Amended Complaint is DISMISSED with prejudice.

Entered this date of: _____

_____
The Honorable Ellen S. Huvelle
United States District Judge

**TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.**
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030 • (703) 385-1000 • FAX (703) 385-1555