# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **S.S.**, a minor by his mother and next friend )<br>**TAMIKA SHANK** )<br>)<br>and )<br>)<br>**TAMIKA SHANK** )<br>)<br>      Plaintiffs, )<br>)<br>    v. )<br>)<br>**HOWARD ROAD ACADEMY** )<br>)<br>and )<br>)<br>**LATONYA HENDERSON** (officially as )<br>C.A.O. Howard Road Academy) )<br>)<br>      Defendants. )<br>_____) | Civil Action No 1:08-cv-214 (ESH) |

## PLAINTIFFS' NOTICE OF FILING OF THE ADMINISTRATIVE RECORD

On June 27, 2008 this Court entered a Minute Order directing the parties in the above captioned case to file an agreed upon administrative record ("AR") with the Court on, or before, August 1, 2008. As a result of Plaintiffs' letters to and telephone calls with the District of Columbia Student Hearing Office, the AR is now ready for filing.[1]

Since the AR is 811 pages, in accord with Local Civil Rule 5.4(e)(1)(A), rather than uploading the document onto the ECF system, Plaintiffs are herein filing notice that the AR will

---

[1] It is unclear whether or not the Defendant's agree with this version of the AR. On July 17, 2008 Plaintiffs sent counsel for Defendants a detailed letter with a report on their efforts to secure the record and a list of the 53 items which they felt comprised the AR. Defendants did not respond. On July 23, 2008 Plaintiffs sent a second letter to counsel for the Defendants updating them on the efforts to secure the AR. On July 29, 2008 the Student Hearing Office sent a copy of the AR to both parties. Defendants have never indicated whether or not they feel the AR is complete.

be filed with the Clerk's Office today.  A copy is available for public viewing in the Clerk's Office of the U.S. District Court for the District of Columbia at any time on Monday through Friday between the hours of 9 AM and 4 PM.

                                          Respectfully Submitted,

                                            /s/ Donna Wulkan
                                          Donna L. Wulkan, Esq.
                                          D.C. Bar Number 370961
                                          1765 N Street, NW
                                          Carriage House
                                          Washington, DC 20036
                                          202-682-3909 (phone)
                                          202-955-1015 (fax)
                                          Counsel for Plaintiffs

Copies served electronically via ECF